IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN RIDDLE,<br><br>        Plaintiff,<br><br>v.<br><br>OMAHA PUBLIC SCHOOLS,<br><br>        Defendant. | 8:23CV547<br><br>REASSIGNMENT ORDER |

    This case is related to case number 8:23CV455. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is reassigned to Chief District Judge Robert F. Rossiter, Jr. for disposition and remains assigned to Magistrate Judge Michael D. Nelson for judicial supervision.

    IT IS SO ORDERED.

    Dated this 13th day of December 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge