**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

---

JUSTIN RIDDLE,

            Plaintiff,

v.

OMAHA PUBLIC SCHOOLS,

            Defendant.

---

Case No.  8:23-cv-00547

**MOTION TO DISMISS COMPLAINT
FOR FAILURE TO STATE A CLAIM
AND LACK OF SUBJECT MATTER
JURISDICTION**

Defendant, Omaha Public Schools, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), moves to dismiss the Complaint with prejudice, for failure to state a claim and lack of standing.

Dated this 10th day of January, 2024.

        OMAHA PUBLIC SCHOOLS Defendant,

        By:  /s/Steven D. Davidson
             David J. Kramer (#19327)
             Steven D. Davidson (#18684)
        of  BAIRD HOLM LLP
             1700 Farnam St. Suite 1500
             Omaha, NE  68102-2068
             Phone: 402-344-0500
             Facsimile:  402-344-0588
             dkramer@bairdholm.com
             sdavidson@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Justin Riddle
16422 Patrick Ave.
Omaha, NE 68116

/s/ Steven D. Davidson

6260850.1