**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

JUSTIN RIDDLE,

        Plaintiff,

v.

OMAHA PUBLIC SCHOOLS,

        Defendant.

Case No. 8:23-cv-00547

**INDEX OF EVIDENCE IN SUPPORT OF
MOTION TO DISMISS**

Defendant, Omaha Public Schools, submits the following evidentiary materials in support of its Motion to Dismiss.

Exhibit 1 – Declaration of David J. Kramer.

Dated this 10th day of January, 2024.

OMAHA PUBLIC SCHOOLS Defendant,

By:  /s/Steven D. Davidson
    David J. Kramer (#19327)
    Steven D. Davidson (#18684)
of  BAIRD HOLM LLP
    1700 Farnam St. Suite 1500
    Omaha, NE  68102-2068
    Phone: 402-344-0500
    Facsimile:  402-344-0588
    dkramer@bairdholm.com
    sdavidson@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Justin Riddle
16422 Patrick Ave.
Omaha, NE 68116

/s/ Steven D. Davidson

6260851.1