Your Honor,

While my esteemed colleagues across the aisle seek refuge in procedure, I come before this court in pursuit of a higher purpose - justice and truth.

The Notice served a simple goal: clarifying agreed facts to streamline matters for this bench. Its intentions could not be more aligned with the interests of judicial economy my learned friends claim to uphold.

Yet now they quibble semantics to delay transparency, contrary to due process principles which have guided this institution since its founding. Respectfully, I ask - what merits this obstruction, if not avoidance of the inevitable?

As a pro se, small courtesies are my due under law. But more so as citizens tasked with democratic duty, we owe each other candor. If facts in the Notice raise no good faith dispute, establishing them now spares future burden.

While rules guide our ship, they do not imprison her. This court holds discretion to steer our course as fairness demands. I have every confidence it will today, as precedents show modification furthers accessible, just outcomes all seek.

My requests are equal parts clarion call for transparency and hand extended in spirit of cooperation. This is no battle to be won, but an opportunity to remedy misunderstanding through open dialogue. Our shared heritage compels nothing less.

I therefore kindly ask this tribunal recognize the higher function served by establishing truths, and urge my peers to reciprocate in kind. Justice will be best served.

Justin Riddle
402-813-2156