IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN E. RIDDLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OMAHA PUBLIC SCHOOLS,<br><br>　　　　　　Defendant. | 8:23CV547<br><br>**JUDGMENT** |

　　　　In accordance with the Memorandum and Order entered today (Filing No. 16), judgment is entered in favor of defendant Omaha Public Schools and against plaintiff Justin E. Riddle.  *See* Fed. R. Civ. P. 58(a).

　　　　Dated this 19th day of April 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge