I am adding this statement to the official record to object to and correct two deeply concerning statements made by the judge in their ruling:

1) The judge's declaration that I "learned my lesson" is an inappropriate insinuation of punitive intent that calls into question the court's impartiality. As the plaintiff asserting constitutional violations, I did nothing wrong that required "learning a lesson." This phrasing suggests an impermissible prejudgment of my case that appears to violate the duty of judicial neutrality.

2) The judge's statement that I have "two graduated children and one in high school" is a glaring factual inaccuracy directly contradicted by the evidence I provided. I actually have one 3-year-old non-verbal autistic child enrolled in the Omaha Public Schools district, as clearly stated in my submissions to the court. This inability to correctly state such basic facts about my personal circumstances as the plaintiff calls into question whether the full factual record was diligently reviewed before ruling.

Both of these statements reflect a level of potential bias, prejudice, and failure to remain impartial that warrants full scrutiny by superior courts on appeal. I am formally adding this objection to the record to preserve the issue of whether such unprofessional judicial conduct and commentary rendered these proceedings fundamentally unfair and in violation of my constitutional right to due process of law before an unbiased tribunal. This objection lays the groundwork for my forthcoming appeal on these specific issues of judicial misconduct and impartiality.