Dear Honorable Justices,

I respectfully request that this Court grant me in forma pauperis status and waive the appellate filing fees for this case, regardless of my personal financial means. The basis for this request stems not from a claim of individual economic hardship, but rather from the paramount need to remove any judicial obstacles to pursuing full appellate review of what appear to be significant due process violations and deprivations of core constitutional rights in the proceedings below.

As documented in my opening brief, the district court appears to have committed multiple legal errors, evidenced an unacceptable risk of bias, and prevented any meaningful opportunity to fully present and properly adjudicate plausible claims of First Amendment retaliation and constitutional violations by government officials. These deficiencies alone created an unconstitutional barrier restricting my ability as a pro se civil rights plaintiff to secure impartial judicial process and vindication of fundamental liberties through appeal.

Regardless of my personal economic status, the imposition of filing fees and costs as a prerequisite to rectifying the district court's own failures risks enabling and compounding those constitutional deficiencies. The right to appeal and remedy such substantive due process concerns should not be contingent on financial criteria, lest the courts inadvertently enshrine a system where civil rights are only as secure as one's ability to pay.

While this Court stringently applies fee waiver principles, the gravity of unconstitutionally restricting appellate review of issues involving potential viewpoint discrimination, judicial bias, unequal access to courts, erosion of public confidence in impartial adjudication, and deprivation of First Amendment freedoms, presents the quintessential exceptional circumstance warranting limited fee relaxation. These foundational issues transcend any individual financial status.

For these reasons, I request this Court grant me in forma pauperis status to ensure no economic impediment restricts the ability to appeal the concerning proceedings below and secure full appellate oversight of the district court's adherence to constitutional due process and equal protection requirements. This limited exception honors the animating purposes of fee waivers - safeguarding unfettered judicial review of substantive constitutional deficiencies.

Thank you for considering this request.

Sincerely,
Justin Riddle, Pro Se
402-813-2156
Justinriddle1@gmail.com