U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:  
Riddle v. Omaha Public Schools

**Case Number**:  
8:23-cv-00547-RFR-MDN

**Appellant**:  
Justin E. Riddle

**Attorney(s)**:  
Pro Se

**Appellee:**  
Omaha Public Schools

**Attorney(s)**:  
David J. Kramer  
Steven D. Davidson  
BAIRD, HOLM LAW FIRM  
1700 Farnam Street  
Suite 1500  
Omaha, NE 68102-2068  
(402) 344-0500

**Court Reporter(s)**:  
N/A

**Please return files and documents to**:  
Omaha

**Person to contact about the appeal**:  
Lindsey Olson

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | N | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Pro Se | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**   N

---

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381  
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

May 1, 2024
Page  2

**Where?**  N/A

**Please list all other defendants in this case if there were multiple defendants**

N/A

**Special Comments**:

IFP Denied

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14