# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Stephanie N. O'Banion**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 02, 2024

Justin E. Riddle
16422 Patrick Avenue
Omaha, NE  68116

RE:  24-1940  Justin Riddle v. Omaha Public Schools

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

      Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

      If you have any questions about the procedures for the case, please contact our office.

                                           Stephanie N. O'Banion
                                           Acting Clerk of Court

RDB

Enclosure(s)

cc:     Clerk, U.S. District Court, District of Nebraska
        Steven D. Davidson
        David J. Kramer

        District Court/Agency Case Number(s):   8:23-cv-00547-RFR

**Caption For Case Number:   24-1940**

Justin E. Riddle

    Plaintiff - Appellant

v.

Omaha Public Schools

    Defendant - Appellee

**Addresses For Case Participants:   24-1940**

Justin E. Riddle
16422 Patrick Avenue
Omaha, NE  68116

Clerk, U.S. District Court, District of Nebraska
U.S. DISTRICT COURT
Clerk's Office
Suite 1152
111 S. 18th Plaza
Omaha, NE  68102-0000

Steven D. Davidson
BAIRD & HOLM
Suite 1500
1700 Farnam Street
Omaha, NE  68102-0000

David J. Kramer
BAIRD & HOLM
Suite 1500
1700 Farnam Street
Omaha, NE  68102-0000