This page intentionally left blank. It's a requirement to add a document