**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

Denise M. Lucks
Clerk of Court

Gabriela Acosta
Chief Deputy Clerk

### Transmittal Sheet - Electronic Documents

To: Clerk, USCA, 8th Circuit, St. Louis, Missouri

From: Clerk, U.S. District Court, Omaha, Nebraska

Date: May 6, 2024

District Court No: 8:23-cv-00547-RFR-MDN

Appeal No: 24-1940

Style: Riddle v. Omaha Public Schools

Transmitted herewith:

☒ Supplements to Notice of Appeal, filing number 22, filings numbers 29 and 30 sent. Appeal fee received 5/6/24, receipt number 8069560.

Sincerely,

By: s/ Lindsey Olson
Deputy Clerk

cc: All Counsel

Received by:
_____

***Please note ***

Electronic copy of record. Do not return this record to the U.S. District Court of Nebraska when your case is closed.