IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN E. RIDDLE,<br><br>              Plaintiff,<br><br>     v.<br><br>OMAHA PUBLIC SCHOOLS,<br><br>              Defendant. | **8:23CV547**<br><br>**ORDER** |

On December 13, 2023, plaintiff Justin E. Riddle ("Riddle") brought this action *pro se* against defendant Omaha Public Schools ("OPS"), alleging OPS deprived him of his free speech and due process rights under the United States Constitution and conspired with the Omaha Police Department to violate those constitutional rights. *See* 42 U.S.C. § 1983 (generally establishing liability for any person who, under the color of law, causes "the deprivation of any rights, privileges, or immunities secured by the Constitution and laws" of another). Because he was proceeding *pro se*, the Court granted Riddle e-filing privileges on December 20, 2023. *See* Fed. R. Civ. P. 5(D)(3)(B) (stating a *pro se* party may only file electronically if allowed by the Court or its local rules).

On April 19, 2024, the Court granted (Filing No. 16) OPS's motion to dismiss Riddle's complaint (Filing No. 6). *See* Fed. R. Civ. P. 12(b)(6). Riddle has appealed that decision, as well as the Court's Memorandum and Order denying him permission to proceed in forma pauperis on appeal (Filing No. 24), to the Eighth Circuit (Filing Nos. 22, 25, 26).

Since the Court's April 19, 2024, Memorandum and Order dismissing his complaint, Riddle has filed several lengthy docket entries (Filing Nos. 20, 21, 25, 29, 30) in this case through his access to the Court's CM/ECF system. The docket descriptions of Riddle's entries contain protracted arguments and explanations that have been copied

and pasted from the attached documents. His most recent entry (Filing No. 30) is not accompanied by a properly filed document at all. Instead, Riddle has simply attached a document he "intentionally left blank" to meet the e-filing requirements and described his pleas to the Eighth Circuit, at length, in the docket description itself.

These actions constitute improper use of Riddle's e-filing privileges. In the future, Riddle should ensure any correspondence he wishes to file with the Court is properly filed in an attached document. *See* United States District Court for the District of Nebraska, *Filing Your Lawsuit in the District of Nebraska: A Guide to Self-Representation for Non-Prisoners* 17 (2021) (providing that a *pro se* litigant "may file *documents* in [their] case online" via the CM/ECF system (emphasis added)); NEGenR 1.3 (governing CM/ECF use); NECivR 10.1 (governing the form of documents filed). He should further limit the docket entry accompanying such a filing to a brief description of the document's contents, not to exceed 25 words. Any failure to comply with this Order or the local rules may result in the limitation or revocation of Riddle's e-filing access.[1]

IT IS SO ORDERED.

Dated this 6th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

---

[1] The local rules and a handbook for *pro se* litigants, along with other resources, are available on the Court's website.