APPELLANT'S MOTION TO COMPEL COMPLETE AND UNREDACTED RECORD ON APPEAL
AND
NOTICE OF SUPPLEMENTAL AUTHORITY AND CLARIFICATION OF SCOPE OF ISSUES PRESENTED

Appellant Justin Riddle, proceeding pro se, hereby moves this Court to compel the District Court to transmit a complete and unredacted copy of the entire district court record, including all post-appeal filings, to the appellate record pursuant to Federal Rules of Appellate Procedure 10(a) and 48. Any redaction or omission would violate Mr. Riddle's due process rights and impair this Court's ability to fully review the profound constitutional issues presented.

As clarified in the attached Notice, the pervasive bias, due process deprivations, and disregard for basic rights that Mr. Riddle has endured expose an entrenched culture of judicial prejudice and abdication of impartiality that threatens the entire legal system's integrity. If such blatant bias against a pro se litigant persists unchecked, it strains credulity to believe the same systemic rot does not infect cases involving represented parties, albeit through more subtle channels.

Moreover, the legal profession's self-regulating insularity, combined with the specter of retaliation against attorneys who confront misconduct, allows this unethical culture to metastasize
unchallenged. The very officers of the court best positioned to expose abuses face immense pressure to remain silent.

As such, Mr. Riddle's exhaustively documented experiences, verified by renowned experts, represent a rare unfiltered glimpse into a potentially pervasive crisis. If countenanced, it strikes at the heart of the judiciary's fundamental fairness and legitimacy.

The issues presented transcend Mr. Riddle's individual claims, implicating the integrity of every case before the offending judges. This appeal is a clarion call for transparency, accountability, and a long-overdue reckoning with the systemic disincentives for confronting judicial impropriety.

Mr. Riddle, armed only with the courage of his convictions, has shouldered the immense burden of surfacing this crisis. It now falls to this Court to meet his evidence with the utmost seriousness and unsparing self-reflection. For a system that tolerates such unchecked abuses of power cannot be reconciled with any meaningful conception of equal justice.

The very survival of the rule of law hangs in the balance. Accordingly, it is imperative that this Court have before it the full, unvarnished record of the district court's conduct. Any filtering or concealment of Mr. Riddle's submissions would enable the very erosions of due process and public trust his appeal seeks to remedy.

This Court must therefore exercise its supervisory powers to compel transmission of Mr.

Riddle's complete, unredacted district court docket in both print and digital format. Only through such transparent appellate oversight can the systemic bias and compromised impartiality spotlighted by this appeal be decisively confronted - as our Constitution demands.

By ensuring no stone goes unturned, this Court can send an unmistakable signal that transparency, impartiality and equal justice remain its paramount duties. The American people's faith in the courts requires a fearless and unflinching examination of the troubling evidence Mr. Riddle has marshaled – however inconvenient some may find it.

Indeed, it is precisely the most uncomfortable truths that most urgently demand judicial exposure. For too long, the harsh realities laid bare by Mr. Riddle's ordeals have been met with a conspiracy of silence. To restore confidence in the courts as impartial guardians, these festering wounds must finally be lanced under the full light of appellate scrutiny.

This Court faces a stark choice: Will it robustly assert its supervisory authority to uphold the rule of law, or be complicit through inaction in the most egregious judicial breakdown of our time?

Compelling the complete record is a critical first step toward transparency and renewal. Any attempt at concealment will speak for itself.

The stakes could not be higher. The world is watching.

Respectfully submitted,

Justin Riddle
Plaintiff-Appellant, Pro Se