NOTICE OF SUPPLEMENTAL AUTHORITY AND CLARIFICATION OF SCOPE OF ISSUES PRESENTED

Plaintiff-Appellant Justin Riddle, proceeding pro se, respectfully submits this Notice to clarify the extraordinary scope and gravity of the issues presented, as exhaustively documented in the verified record and exhibits to his opening brief.

The pervasive pattern of bias, due process deprivations, and disregard for basic rights that Mr. Riddle has suffered across multiple federal cases represents far more than an isolated injustice. It is a canary in the coal mine, exposing an entrenched culture of judicial prejudice and abdication of impartiality that threatens to undermine the entire legal system.

If judges can display such flagrant bias and disregard for the rule of law against a pro se plaintiff without consequence, it beggars belief to presume the same unethical conduct does not infect proceedings involving represented parties. Subtle biases related to appearance, background, or affiliation undoubtedly taint the administration of justice in ways that may be less overt but are no
less corrosive.

Moreover, the self-regulating nature of the bar, combined with the potential for reprisal against attorneys who challenge judicial misconduct, enables such behavior to spread unchecked. Practicing lawyers face immense pressure to stay silent even in the face of clear abuses of power, out of fear for their professional standing.

As such, Mr. Riddle's experiences, exhaustively documented in the record and verified by those who dare examine the uncontested evidence, represent a rare unfiltered window into a potentially endemic problem. If his case reflects a larger judicial culture in which bias and inequity are tolerated or even tacitly encouraged, while the lawyers best positioned to expose misconduct are deterred from speaking out, it poses an existential threat to the courts' legitimacy.

The issues presented thus reach far beyond Mr. Riddle's individual claims, implicating the fundamental fairness of every case overseen by the offending judges. This appeal represents a clarion call for transparency, accountability, and a long-overdue reckoning with the crisis of judicial ethics and the structural disincentives for attorneys to confront impropriety.

Mr. Riddle, having nothing to lose but his own rights, has borne the immense burden of surfacing this scandal. It is now incumbent upon this Court to meet his evidence with the gravest seriousness and to recognize that a system that abides such unchecked abuses of power and reprisal cannot be reconciled with any meaningful conception of equal justice.

The very survival of the rule of law and the future legitimacy of the judiciary are at stake. The choice is stark: Will this Court prove a fearless bulwark against encroaching tyranny, or be recorded as appallingly derelict in its most sacred duty?

Respectfully submitted,
Justin Riddle
Plaintiff-Appellant, Pro Se