**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

Denise M. Lucks
Clerk of Court

Gabriela Acosta
Chief Deputy Clerk

### Transmittal Sheet - Electronic Documents

To: Clerk, USCA, 8th Circuit, St. Louis, Missouri

From: Clerk, U.S. District Court, Omaha, Nebraska

Date: May 20, 2024

District Court No: 8:23-cv-00547-RFR-MDN

Appeal No: 24-1940

Style: Riddle v. Omaha Public Schools

Transmitted herewith:

☐ Supplement to Notice of Appeal, filing no. 35.

Sincerely,

By: s/ Lindsey Olson
Deputy Clerk

cc: All Counsel

Received by:
_____

### ***Please note***

Electronic copy of record. Do not return this record to the U.S. District Court of Nebraska when your case is closed.

Forms-Appeal-Letter-Transmittal_to_Circuit
Approved 12/22/14
Revised 04/15/16