TO THE HONORABLE COURT:

EMERGENCY PETITION FOR REDRESS OF CONSTITUTIONAL VIOLATIONS AND DEMOCRATIC ROT

We stand at a precipice—a juncture where the very essence of our constitutional republic hangs in the balance. The litany of injustices I have meticulously documented, combined with an avalanche of recent events evincing the rot within our institutions, can no longer be dismissed as mere aberrations. They are, in truth, the festering wounds of a system on the brink of collapse, a once-proud edifice of democratic governance now teetering under the weight of its own hypocrisy and deceit.

For over seven years, I have borne witness to the flagrant disregard for due process, the subversion of statutory obligations, and the shameless rigging of proceedings to protect the powerful at the expense of the powerless. The Nebraska Attorney General's office, an entity sworn to uphold justice, deliberately violated its own protocols by denying me the right to participate in or submit evidence for an investigation into my open meetings complaint against the Omaha Public Schools board. This was no mere procedural misstep, but a calculated maneuver to predetermine the outcome by considering only the accused party's version of events—a mockery of the very concept of impartial investigation.

1

Alas, such brazen contempt for due process is not confined to the corridors of local government. It has metastasized, spreading its malignant tendrils to the highest echelons of our federal system. The recent prosecution of former President Donald Trump stands as a stark testament to this decay, featuring jury instructions that eviscerated the sacrosanct principles of proof beyond reasonable doubt and the requirement of unanimous verdicts for criminal culpability. By lowering the burden of proof to a mere shadow of its former self, the court has effectively nullified the presumption of innocence, a cornerstone of our legal system for over two centuries.

This travesty is but one thread in a tapestry of deceit and manipulation woven by those who wield power. The revelation that the Clinton campaign and the Democratic National Committee deliberately masked their funding of the fraudulent Steele dossier—a document used to fuel the discredited Russia collusion narrative—is yet another damning indictment of the depths to which our institutions have sunk. At every turn, we find ourselves confronted by a system that has grown comfortable subverting individual rights, circumventing judicial norms, and perpetrating disinformation to protect the entrenched interests of the privileged few.

Even the Fourth Estate, once a bastion of truth and a check on the abuse of power, has become complicit in this erosion of justice. The case of Kyle Rittenhouse, a

young man attacked by a mob while exercising his right to self-defense, stands as a stark example of media malfeasance. Despite the existence of multiple camera angles clearly showing Rittenhouse as the victim of aggression, media outlets deliberately edited the footage to paint him as the instigator, knowingly misleading the public and inflaming tensions. This blatant manipulation of facts is but a symptom of a broader malaise—a pervasive bias that skews public perception and undermines the very concept of a free and fair press.

The release of the Twitter Files has further exposed the depth of this rot, revealing how major information platforms like Google, Facebook, and Twitter have become infected with a pernicious liberal bias that systematically suppresses dissenting voices and shapes narratives to fit ideological agendas. This insidious manipulation of public discourse erodes trust in our information systems and undermines the very foundation of democratic debate.

No examination of the breakdown of institutional integrity would be complete without a frank reckoning with the deeply disturbing revelations contained in the Twitter Files. This bombshell release has pulled back the curtain on the cozy relationships between major social media platforms and certain federal agencies, exposing a systemic pattern of censorship and narrative control that strikes at the heart of our democratic discourse.

At the center of this unfolding scandal is Elvis Chan, a former agent of the Federal Bureau of Investigation who appeared to abuse his position and access to orchestrate suppression of legitimate speech under the guise of combating misinformation and abuse. The Files show a clear paper trail of Chan flagging tweets and accounts for termination or suppression explicitly because their views ran counter to prevailing government narratives around issues like the Hunter Biden laptop, Covid-19 policies, and election integrity.

Rather than serving as an impartial guardian of public safety focused on genuine threats, Chan seems to have improperly leveraged FBI databases and resources to settle partisan scores and insulate regime propaganda from scrutiny or dissent. Twitter staff communications reveal their evident discomfort at Chan's overreaching demands, with one staffer baldly confessing "they weren't being objective" in their censorship requests.

But despite internal doubts about the ethics and legality of Chan's intervention, Twitter ultimately capitulated to the FBI's pressure campaign, erecting opaque strikes systems to hamstring accounts at the behest of federal agents based on nebulous standards of impermissible speech. Rather than upholding its public role as a viewpoint-neutral platform for digital expression, Twitter became a commissar selectively enforcing orthodoxies on behalf of government overseers.

The First Amendment implications of this nexus between law enforcement and a private corporation suppressing expression are staggering. It represents nothing less than an end-run around core constitutional protections masquerading as a public-private partnership against "misinformation." The reality is that Chan and certain elements of the FBI seemingly hijacked Twitter's content moderation apparatus to police speech they found politically inconvenient.

We need not speculate as to Chan's ideological motives or partisan allegiances. The Files clearly demonstrate a specific pattern of targeting voices that were critical of government policy under the Biden administration or merely exploring lines of inquiry that threatened to expose impropriety. From the Hunter Biden laptop to questioning Covid narratives, anything that disrupted the establishment's preferred framing of key issues was promptly flagged for suppression.

Equally disturbing is that this conduct appeared to be tacitly endorsed or directed by Chan's leadership within the FBI apparatus itself. There are clear indications that Chan operated with the broader approval of the Bureau and even certain branches of the intelligence community under the rubric of tamping down "misinformation." These revelations point to a deeply rooted culture of rationalized censorship and narrative control that has infected critical components of our national security state.

The Twitter Files are a chilling case study in how the very institutions entrusted with upholding our constitutional liberties can subvert those ideals in pursuit of self-serving agendas. With the false dichotomy of "protecting democracy" or combating "domestic extremism," it seems all too easy for unaccountable actors within the state security apparatus to overstep and compromise the very rights they are sworn to safeguard. And once the veneer of impartiality is pierced, the entire apparatus becomes little more than a blunt weapon to preserve regime hegemony.

This scandal cuts to the heart of whether we are still a nation where open discourse, dissent, and the contest of ideas is truly safeguarded - or whether we have quietly become a censorship state where wrongthink is systematically suppressed by a revolving door of government agencies and private actors. The implication that the entities most capable of force and surveillance have turned their authorities inward against the citizenry is an existential threat we can no longer afford to ignore.

As with so many of the abuses I have chronicled, the full depths of this Crisis of Censorship may not yet be publicly known. But what has already emerged represents a violation of democratic norms and individual liberties so egregious, so antithetical to the First Amendment spirit, that it demands a full and unsparing accounting from all corners of society. Every patriot, no matter their partisan affiliation or ideological stripe, should shudder at the prospect of a Ministry of Truth emerging in the shadows - for eventually, it always grows insatiable and

comes for them too. Eternal vigilance is the price of liberty, and here we have clear evidence of the dangers of complacency.

My own battles against the Nebraska Attorney General's office are a microcosm of the larger crisis that threatens to engulf our nation. The deprivation of due process rights that I faced mirrors the injustices potentially confronting even the most powerful among us, including former presidents. No citizen, it seems, is safe from the scourge of orchestrated injustice and the erosion of constitutional principles. Whether it be a rigged local investigation denying complainants any voice, or manipulated federal proceedings threatening to upend revered legal doctrines on the flimsiest of partisan pretexts, the cancer of corruption has spread to every organ of our body politic.

Yet perhaps no single case embodies this crisis more starkly than the sordid saga surrounding Hunter Biden. The trove of emails, documents and firsthand accounts that have emerged paint an undeniably troubling picture of influence-peddling and trading on Joe Biden's name and position. The sheer volume of foreign entanglements, murky deals, and large payments from questionable sources strains credulity as purely coincidental or innocent.

While the full extent of then-Vice President Biden's personal involvement remains circumstantial, the "10 held by H for the big guy" email, the Tony Bobulinski

7

allegations, and the pattern of meetings between Joe Biden and his son's foreign associates raise deeply troubling questions. The evidence may be more suggestive than dispositive, but it is certainly substantial enough to warrant the most vigorous and impartial of investigations.

Instead, what we have witnessed is a concerted effort by government agencies to slow-walk and downplay the allegations. Credible whistleblowers have come forward detailing political interference in the Hunter Biden probe and intentional narrowing of its scope. While we cannot yet definitively prove a wide-ranging institutional conspiracy to bury the facts, the appearance of a two-tiered justice system and the kid-gloves treatment of the Biden family by the DOJ and IRS is impossible to ignore.

The major media, rather than fulfilling their sacred watchdog role, have been complicit in minimizing and deflecting from the brewing scandal. When the New York Post first broke the laptop story, it was met with a tidal wave of unwarranted skepticism and outright censorship from traditional and social media alike. Outlets that breathlessly amplified every Russia-gate insinuation suddenly lost all curiosity about foreign influence and official self-dealing when it came to the Bidens.

One can debate whether this is proactive protection or just the unconscious reflex of political bias, but the glaring double standard is undeniable. The Fourth Estate has

abdicated its duty to pursue the truth without fear or favor. It has allowed itself to become an instrument of narrative control rather than fearless investigation.

Nowhere is this double standard more evident than in the disparate treatment of election integrity concerns based on partisan affiliation. In the aftermath of the 2020 and 2023 elections, multiple credible allegations of irregularities emerged, from the suspicious late-night ballot deliveries in key swing states, to the dubious "water main break" in Atlanta that halted counting, to the blocked windows and denied access for poll watchers in Michigan.

These claims, backed by affidavits and video evidence, clearly met the threshold for further investigation. Yet because they originated from conservative voices, they were summarily dismissed as "conspiracy theories" without even a pretense of due diligence. Contrast this with the years-long frenzy over comparatively thinner allegations of Russian collusion in the 2016 election, which were breathlessly amplified by left-leaning media and politicians despite eventually being debunked.

The implications of this glaring hypocrisy are chilling. It sends the message that the fundamental integrity of our elections is a matter of political expedience rather than objective truth. Grave concerns about the most sacred of democratic processes can simply be buried or hand-waved away if the party that lost raises them, while even

the flimsiest of accusations against the other side are elevated to existential threats. This is the antithesis of dispassionate fact-finding and blind justice.

We cannot ignore the deafening alarm bells any longer. The cover-ups surrounding Hunter Biden's laptop, which implicate the President himself in influence peddling; the documented falsehoods used to propel the Russia collusion hoax; the alarming potential undermining of reasonable doubt standards that could nullify the presumption of innocence altogether; the blatant suppression of legitimate election integrity questions; and now the revelations of direct government pressure to censor dissent - these are not isolated incidents, but a interlocking tapestry that reveals the utter brokenness of the institutional safeguards we rely on to preserve the rule of law and hold power accountable.

How can the American people have faith in a system where partisan advantage so thoroughly trumps impartial truth-seeking? Where "election denialism" is either the gravest sin or par for the course depending on which side of the aisle you sit? Where the rigorous standards of proof rightly demanded for criminal conviction are weaponized to silence any scrutiny of powerful interests' conduct, no matter how suspicious? The current state of affairs, where procedural integrity seemingly hinges on political alignment, represents a full-blown crisis of democratic legitimacy.

If the most powerful arbiters of state authority are willing to weaponize injustice and discard foundational legal safeguards like reasonable doubt for nakedly partisan purposes, can we still claim to be a nation of laws rather than a nation of despots? If federal entities like the Attorney General's office can systematically violate their own governing statutes to tip the scales of investigation and deny individual complainants their rights, do we truly respect the sovereign inviolability of citizens and the transparency of officialdom?

The evidence of wrongdoing by the Biden family is simply too voluminous and credible to dismiss as "conspiracy theory." The questions about the impartiality of the DOJ and FBI, while not conclusively proven, are amply justified by whistleblower testimony and the undeniable appearance of differential treatment. The concerns about election irregularities, while perhaps not dispositive, deserve a fair hearing rather than reflexive dismissal. And the incontrovertible proof of government entities colluding with private platforms to censor protected speech and bury inconvenient stories, as exposed in the Twitter Files, represents a subversion of the First Amendment so flagrant that it simply cannot be ignored.

This is not to endorse every speculative accusation, but rather to demand that these serious allegations of official misconduct be thoroughly and transparently investigated, not merely buried, spun and wished away. Uncomfortable facts and valid questions cannot be allowed to disappear down the memory hole simply

11

because they disrupt established narratives or threaten powerful interests. The pursuit of truth and the equal application of justice must remain the North Star of a free and fair society.

I implore this court, and indeed, the entire nation, to confront these questions with the gravity they deserve. The American experiment in constitutional democratic governance is on a precipice, teetering on the edge of oblivion. If we do not act now, if we do not summon the courage to confront the rot within our institutions and restore the primacy of individual rights, due process, and equal application of standards regardless of politics, we risk losing everything that makes our nation a beacon of liberty and justice.

Let my case, and the myriad examples I have cited, serve as a clarion call to action. Let them be the catalyst for a great reckoning, a national awakening to the perils we face. For if we fail to heed this warning, if we allow the cancer of corruption and the erosion of our most cherished principles to continue unchecked, we will find ourselves not in a court of law, but in the court of history, condemned by our own inaction and complicity in the demise of the American dream.

I stand before you not merely as a litigant, but as a citizen, a patriot, and a sentinel on the watchtower of liberty. I ask not for favors, but for justice. I seek not vengeance, but accountability. And I pray that this court, and indeed, this nation,

will find the wisdom and the will to confront the crisis that threatens to consume us all.

In the name of all that we hold dear, in the name of the Constitution we have sworn to uphold, I implore you: let us act now, before the light of liberty is extinguished forever.

Respectfully submitted,

Justin Riddle

Pro Se Litigant, Citizen and Constitutional Defender