IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN E. RIDDLE,

        Plaintiff,

   v.

OMAHA PUBLIC SCHOOLS,

        Defendant.

8:23CV547

MEMORANDUM
AND ORDER

      Plaintiff Justin E. Riddle ("Riddle") brought this action *pro se* against defendant Omaha Public Schools ("OPS") on December 13, 2023, challenging various actions of OPS and Omaha Police Department officials that he contends violated his free speech and due process rights (Filing No. 1). On April 19, 2024, the Court granted OPS's Federal Rule of Civil Procedure 12(b)(6) motion to dismiss (Filing No. 6) Riddle's complaint, finding he failed to sufficiently allege a pattern of similar "widespread unconstitutional conduct" to hold OPS liable for any potential constitutional violations. *See Kiefer v. Isanti County,* 71 F.4th 1149, 1152 (8th Cir. 2023) (explaining the plaintiff's burden to establish municipal liability pursuant to *Monell v. Dep't of Soc. Servs. of N.Y.C.*, 436 U.S. 658, 690 (1978)).

      Riddle promptly noted his disagreement with the Court's decision (Filing Nos. 20, 21) and filed a notice of appeal (Filing No. 22). *See* Fed. R. Civ. App. 3. He also moved for permission to proceed in forma pauperis on appeal (Filing No. 23), which the Court denied due to his failure to comply with Federal Rule of Appellate Procedure 24 (Filing No. 24). Riddle also appealed that decision (Filing No. 25).

      Since Riddle initiated his appeal, he has continued to file in this Court numerous letters and arguments addressed to the Eighth Circuit (Filing Nos. 29, 30, 33, 35, 39, 41). At an earlier stage, he indicated to the Court he could not "put [his] information on the

8th circuit docket" (Filing No. 35) and therefore requested his filings be transferred to the circuit. The Court has consistently done that (Filing Nos. 26, 31, 34, 36, 40).

From now on, however, Riddle should file any future correspondence directed toward the Eighth Circuit with the circuit itself. To do so, Riddle can register for CM/ECF filing with the circuit or mail his correspondence to the Eighth Circuit clerk's office. *See* 8th Cir. R. 25A, 25B. For more information, Riddle may wish to consult the circuit's guidance for *pro se* parties, which is available at the site provided below.[1]

IT IS SO ORDERED.

Dated this 11th day of June 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

---

[1] U.S. Ct. of Appeals for the Eighth Cir., *Important Information for all Parties Proceeding without an Attorney in the Eighth Circuit*, http://media.ca8.uscourts.gov/files/proSeInformation.pdf.