# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1940

Justin E. Riddle

Appellant

v.

Omaha Public Schools

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:23-cv-00547-RFR)

---

**MANDATE**

In accordance with the opinion and judgment of August 28, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 08, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit